

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed June 25, 2018

United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Alvin J. Halford and Joan R. Halford, | § | Case No.: 17-41936-RFN-7 |
| | § | |
| Debtors | § | |

**FINAL ORDER APPROVING WAIVER OF DISCHARGE**

Alvin J. Halford and Joan R. Halford filed a Motion to Approve Waivers of Discharge, which was accompanied by a waiver of discharge executed by the debtor. In accordance with 11 U.S.C. § 727(a)(10), the Court ORDERS as follows:

1. The Motion to Approve Waiver of Discharge is GRANTED;

2. The Waiver of Discharge are APPROVED; and

3. The Clerk of the Court is directed to provide notice to creditors in accordance with Federal Rule of Bankruptcy Procedure 6004.

SO ORDERED AND ADJUDGED.

###END OF ORDER###