



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed August 9, 2018**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| Alvin J. Halford and Joan R. Halford, | § § | Case No. 17-41936-RFN-7 |
| Debtors. | § | |

_____

| | | |
|---|---|---|
| William T. Neary,<br>United States Trustee, | § § § § | |
| Plaintiff, | § § | Adversary No.  17-4121-RFN |
| v. | § § § | |
| Alvin J. Halford and Joan R. Halford, | § § | Hon. Russell F. Nelms |
| Defendants.<br>DEFENDANT. | § § | |

<u>**Order Dismissing Adversary**</u>

Came on for consideration, the United States Trustee's *Motion to Dismiss Complaint*. [docket no. 13].  The Court finds that no party has objected to the relief requested.

1

The Court further finds that cause exists to dismiss the *United States Trustee's Complaint Objecting to Debtors' Discharge* because the relief requested is now moot since the Debtors voluntarily waived their chapter 7 discharge.  It is therefore

ORDERED that the *United States Trustee's Complaint Objecting to Debtors' Discharge* is DISMISSED.

## End of Order ##

Form of Order Prepared By:

Erin Marie Schmidt
Trial Attorney
Texas State Bar No.24033042
Office of the United States Trustee
1100 Commerce St.  Room 976
Dallas, Texas  75242
Erin.Schmidt2@usdoj.gov
(214) 767-1075